IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 07-640 |
| | : | |
| RAKAHN BURTON | : | |

## **ORDER**

AND NOW, this 26th day of August, 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the United States Sentencing Guidelines, and by agreement of the parties, it is ORDERED the term of imprisonment in this case is reduced to 240 months, effective November 1, 2015. Any and all pending pro se motions related to Amendment 782, including the motion docketed at Document 124, are moot and hereby DISMISSED.

BY THE COURT:

  /s/ Juan R. Sánchez
Juan R. Sánchez, J.